Saturday, 23 July, 2005         05- 545

I have no money i file this under my first amendment rights, to redress my Government under my Substantive due Rights

Joseph D'Alessandro

*[signature]*