Page 1

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

Joseph D'Alessandro Pro-se & pro-socia
and "alike citizens"
23136  Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
(Phone) (302)-945-1554

c 5 -   : · 5

 Name of Plaintiff

        Civil Docket No.
        VERIFIED COMPLAINT DEMAND A JURY TRIAL (seventh amendment)

**Aannotation**
  **1. Plantiffs First Amendment right and/or act of furnishing**
    **critical commentary or, explanatory notes.**
      The Third Circuits Orders ARE VOID AND MOOT AND FRIVILOUS
      And Malicious.

      If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer,
      124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

      When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge
      loses subject- matter jurisdiction and the judges orders are void, of no legal force or effect.

      J. Curtis Joyner Sue L. Robinson, Joseph H. Rodriguez, Ruggero J. Aldsiert,
       Morton I. Greenberg, Marjorie O. Rendell, and  Joseph J. Farnan, Jr.

There is a readily distinguishable dissimilar difference,  between a BAD RULING AND STEALING
A LITIGANTS Civil Rights, and United States Constitutional Rights, and Civil Liberties,
and Legal Rights. Through Discrimination, Bias, Prejudice, Cronyism's, Collusion, and Misprision, of
  Felony.
v.

The State of Delaware
Legislative Hall
P.O. Box 1401
Dover, DE 19903

    Through

The Supreme Court of Delaware
New Castle County Supreme Court
Carvel State Office Building
820 North French Street, 11th Floor

Wilmington, DE 19801

E. Norman Veasey, individually and in his official capacity as
of Chief Justice The Supreme Court of Delaware, New Castle County,
Randy J. Holland, individually and in his official capacity as
of Justice The Supreme Court of Delaware, New Castle County,
Carolyn Berger, individually and in her official capacity as
of Justice The Supreme Court of Delaware, New Castle County,
Myron T. Steele, individually and in his official capacity as
of Justice The Supreme Court of Delaware, New Castle County,
Jack B. Jacobs,  individually and in his official capacity as
of Justice The Supreme Court of Delaware, New Castle County.

and

through joinder of defendants the following FRCP.  Joinder of Defendants
Needed for Just Adjudication and mandatory joinder.

Delaware State Bar Association, 301 North Market Street
Wilmington, Delaware 19801 New Castle County.

and

The Board on the  Unauthorized Practice of  Law
Office of Disciplinary Counsel 200 West Ninth Street, Suite 300-A
Wilmington, DE 19801 New Castle County.

<u>Defendant(S)</u>

## JURISDICTIONAL BASIS & STARE DECISIS

## AND THE DELAWARE STATE LAW AND THE DELAWARE CONSTITUTION

(A)    <u>Text intended to separate ideas</u>.

Plaintiff claims federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction

to cases arising under the U.S. Constitution.

(B)    <u>Text intended to separate ideas</u>.

<u>State Law.</u>
Plaintiff brings this suit pursuant to Title 42 U.S. Code § 1983 for violations of certain protections
guaranteed to

him by the First, Fifth, Eighth, Ninth and Fourteenth Amendments of the federal Constitution,

by the defendants under color of law in his/her capacity as a judge in the Delaware Supreme Court.

**U.S.C. TITLE 42  CHAPTER 21   SUBCHAPTER I**
**SUBCHAPTER I - GENERALLY**

Sec. 1981. Equal rights under the law  ( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )

Sec. 1983. Civil action for deprivation of rights   ( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )

Sec. 1985. Conspiracy to interfere with civil rights  ( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )

Sec. 1986. Action for neglect to prevent  ( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )

**(C)    Text intended to separate ideas.**

**Federal Law.**

 "Plaintiff brings this action against (name), a federal judicial officer, pursuant to Title 28 U.S. Code § 1331, in

claims arising from violations of federal constitu tional rights guaranteed in the First, Fifth, Seventh,

Ninth, and Fourteenth amendments to the U.S. Constitution and redressable pursuant to Bivens v. Six Unknown

Narcotics Agents 403 U.S. 388 (1971)." and/or

**U.S.C. TITLE 18  PART I   CHAPTER 13  CIVIL RIGHTS**
Sec. 241. Conspiracy against rights  ( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )

Sec. 242. Deprivation of rights under color of law  ( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )

Sec. 245. Federally protected activities  ( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )

**TITLE 15 COMMERCE AND TRADE CHAPTER 1—MONOPOLIES**
**TITLE 15 COMMERCE AND TRADE CHAPTER 1—MONOPOLIES AND COMBINATIONS**

The Federal District Court Of Delaware Third District and Delaware State Supreme Court

have created a ( monopoly & oligopoly & cartel ) aganist Pro-Se & Pro-Socia

The Federal and State Anti Trust Laws  ( monopoly & oligopoly & cartel )

§ 2. Monopolizing trade a felony § 7. "Person" or "persons" defined

Every person who shall monopolize, or attempt to monopolize, or combine or conspire
with any other person or persons, to monopolize any part of the trade or commerce
among the several States, or with foreign nations, shall be deemed guilty of a
felony, and, on conviction thereof, shall be punished by fine not exceeding $10,000,000
if a corporation or, if any other person, $350,000, or by imprisonment not exceeding
three years, or by both said punishments, in the discretion of the court.

The word "person", or "persons", wherever used in sections 1 to 7 of this title shall
be deemed to include corporations and **associations** (Delaware Bar Association) existing
under or authorized by the laws of either the United States, the laws of any of the Territories, the laws of
any State, or the laws of any foreign country. 1914 - Clayton Antitrust Act.

THE DELAWARE BAR ASSOCIATION, The Board on the  Unauthorized Practice of  Law, AND

The Delaware Supreme Court can not pass and or enact any laws of any kind. The ABA
AND

STATE  BAR ASSOCIATIONS GOVERNED THEMSELVES NOT PLANTIFFS OR
ALIKE

CICIZENS.

There is no State or Federal Laws prohibiting U.S. Citizens from Pro-Se and or Pro-Socia.

ARTICLE VI; "THIS CONSTITUTION,....SHALL BE THE SUPREME LAW OF THE LAND;AND THE JUDGES IN EVERY

STATE SHALL BE BOUND THEREBY, ANY THING IN THE CONSTITUTION OR LAWS OF ANY STATE TO THE
CONTRARY

NOTWITHSTANDING."

The first three articles of the Constitution divide the powers of the United States

government among three separate branches: (1) the legislative branch, represented by Congress; (2) the
executive

branch, represented by the President; and (3) the judicial branch, represented by the Supreme Court. This
division,

called the separation of powers, is designed to prevent any branch of the government from becoming too
powerful.

<u>**Delaware Supreme Court can not license the practice of Law.**</u>

**The National Law of The Land, Fourteenth Amendment applies to both Federal and State**

**Law.**

<u>Article I says that only Congress has the power to make laws (Ninth & Fourteenth Amendments).</u> **Congress cannot**

give these powers to any other body. Through the years, however, Congress has created various federal agencies

to make regulations and put its policies into practice. Such agencies include the Federal Trade Commission, the

Consumer Product Safety Commission and the Interstate Commerce

## **"Stare Decisis"**

<u>Sherar v. Cullen, 481 F. 2d 946 (1973)</u>
   "There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

<u>Schware v. Board of Examiners</u>
   "The practice of law cannot be licensed by any ( state Delaware Bar Associations) and/or (Republic) State."

<u>Sims v. Aherns, 271 SW 720 (1925)</u>
"The practice of law is an occupation of common right."

## PRO SE RIGHTS:

<u>Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335;</u>
<u>Argersinger v. Hamlin, Sheriff 407 U.S. 425</u>
Litigants can be assisted by unlicensed laymen during judicial proceedings.

<u>Conley v. Gibson, 355 U.S. 41 at 48 (1957)</u>
"Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"...
"The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel may
be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper
decision on the merits."  The court also cited Rule 8(f) FRCP, which holds that all pleadings shall be
construed to do substantial justice.

<u>Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449</u>
he assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of
local practice."

<u>Elmore v. McCammon (1986) 640 F. Supp. 905</u>

the right to file a lawsuit pro se is one of the most important rights under the constitution and laws."

**Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend"**
A next friend is a person who represents someone who is unable to tend to his or her own interest.

**Haines v. Kerner, 404 U.S. 519 (1972)**
Allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient"... "which we hold to less stringent standards than formal pleadings drafted by lawyers."

**Jenkins v. McKeithen, 395 U.S. 411, 421 (1959); Picking v. Pennsylvania R. Co., 151 Fed 2nd 240; Pucket v. Cox, 456 2nd 233**
Pro se pleadings are to be considered without regard to technicality; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers.

**Maty v. Grasselli Chemical Co., 303 U.S. 197 (1938)**
Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment."

**NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v. Avery, 89 S. Ct. 747 (1969)**
Members of groups who are competent nonlawyers can assist other members of the group achieve the goals of the group in court without being charged with "unauthorized practice of law."

**Picking v. Pennsylvania Railway, 151 F.2d. 240, Third Circuit Court of Appeals**
The plaintiff's civil rights pleading was 150 pages and described by a federal judge as "inept". Nevertheless, it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities."

**Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA)**
It was held that a pro se complaint requires a less stringent reading than one drafted by a lawyer per Justice Black in Conley v. Gibson (see case listed above, Pro Se Rights Section).

**Roadway Express v. Pipe, 447 U.S. 752 at 757 (1982)**
Due to sloth, inattention or desire to seize tactical advantage, lawyers have long engaged in dilatory practices... the glacial pace of much litigation breeds frustration with the Federal Courts and ultimately, disrespect for the law."

The Supreme Court and its Justices and all attorneys have no judicial immunity when plaintiff

Civil Rights, Bill of Rights, Legal Rights, and United States Constitutional Rights are USURPED.

All plaintiff(s) are protected under The The Federal Administration Procedures Act.

All defendants judicial immunity is lost, because defendants broke federal law and statutes.

Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1415(h)(1).

The The Federal Administration Procedures Act.

§ 500. Administrative practice; general provisions.

(d) This section does not,

(1) grant or deny to an individual who is not qualified as provided by subsection (b) or (c) of this

section the right to  appear for or represent a person before an agency or in an agency proceeding;

State & Local Gov't. Agencies & Federal Government Agencies.

The State Courts and Federal District Courts Are Agencies, subject to The The Federal

Administration Procedures Act & State Procedure Statutes.

The Supreme Court Of Delaware Can not and does not have  "plenary" rights to Make Laws

and or pass laws , or regulate unlawful practice of law by its Citizens. The Delaware Bar association

and The Delaware Supreme Court Have No Jurisdiction in Federal Court, of Plantiff(s), and alike

citizens of Delaware and ( Marilyn Arons, et al. ) Plantiff(s) are covered under The Federal Administration

Procedures Act.

<u>U.S. Supreme Court SCHWARE v. BOARD OF BAR EXAMINERS, 353 U.S. 232 (1957) 353 U.S. 232.</u>

<u>Sims v. Aherns, 271 SW 720 (1925)</u>
The practice of law is an occupation of common right."
Also, The UNITED STATES SUPREME COURT stated a long time ago that "The practice of Law CAN NOT be licensed by any state/State." This was so stated in a case named Schware v. Board of Examiners and is located for all to read at the following pages in volume 353 U.S. pgs.238, 239 of the United States Reports.

Another case which bore this out was Sims v. Aherns, 271 S.W. 720 (1925). In this case the opinion of the court was that "The practice of Law is an occupation of common right."

A state supreme court may only issue a CERTIFICATE, not a license. A CERTIFICATE gives no power to anyone to practice Law as an OCCUPATION, nor to do BUSINESS as a LAW FIRM.

A state bar association, if one exists, is a "PROFESSIONAL ASSOCIATION." The "STATE BAR" card is NOT a LICENSE. The card is a "UNION DUES CARD" like the Actors Union, Painters Union, Electricians union etc. There is no association, not even DOCTORS, who issue licenses. All licenses are issued by the state or local municipal corporations.

# 1. <u>Text intended to separate ideas</u>.

Plantiff(s) claim federal jurisdiction pursuant to Article III section 2

which extends the jurisdiction to cases arising under the United States Constitution.

## 2. <u>Text intended to separate ideas</u>.

<u>United States v. Classic, 313 U.S. 299, 326 (1941)</u>
the wrongdoer is  clothed with the authority of state law, is action taken `under color of' state law."

## Plantiff(s) brings this suit pursuant to <u>State</u>,Title 42 U.S Code Sections,
42 USC Sec. 1981 Equal rights under the law
42 USC Sec. 1982 Property rights of citizens
42 USC Sec. 1983  Civil action for deprivation of rights
42 USC Sec. 1985  Conspiracy to interfere with civil rights
42 USC Sec. 1986  Action for neglect to prevent
<u>Federal</u>
## 18 USC Sec. 1968 CIVIL INVESTIGATIVE DEMAND
5 USC Sec. 556 Hearings; presiding employees; powers and duties; burden of proof; evidence; record
as basis of decision
18 USC Sec. 241   Conspiracy against rights
18 USC Sec. 242  Deprivation of rights under color of law
for violations of certain protections guaranteed to planfiff(s) by the (First, Fifth, Seventh, Ninth,
and Fourteenth Amendments, of The Federal Constitution, bt the defendants under color
of law in his/ and her capacity as a Judge in The Delaware Supreme Court of New Castle County.
## <u>The ADMINISTRATIVE PROCEDURES ACT</u>
§ 500. Administrative practice; general provisions, (d)(1)

Parties

## 3. <u>Text intended to separate ideas</u>.

Plantiff(s), Joseph and Olga D'Alessandro reside at 94 Prince George Drive, Angola Estates Lewes
Delaware 19958-9342.

## 4. <u>Text intended to separate ideas</u>.

Defendants are Judges, The Supreme Court of Delaware, New Castle County, The Delaware State

Bar Association, 301 North Market Street, Wilmington, Delaware 19801 New Castle County,

And The Board on the  Unauthorized Practice of  Law Office of Disciplinary Counsel 200 West Ninth Street,

Suite 300-A Wilmington, DE 19801 New Castle County.

## 5. <u>Text intended to separate ideas</u>.

<b>Statement of Case</b>

## 6. <u>Text intended to separate ideas</u>.

**I Mr. Joseph D'Alessandro was denied the Constitutional Right to assist and/or**

**help my wife Olga D'Alessandro in lawsuit 01-0623.**

**( I Joseph D'Alessandro was denied power of attorney and FRCP. 17 )**

<u>**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW Title 42 U.S. Code Section 1983**</u>

**Plantiff(s) denied Civil Rights, Legal Rights, Bill of Rights, Civil Liberties, And United States Constitutional**

**Rights. Deprivation of rights under color of law.**

**Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any**

**State or Territory or the District of Columbia, subjects, or causes to be subjected, any**

**citizen of the United States or other person within the jurisdiction thereof to the deprivation of**

**any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the**

**party injured in an action at law, suit in equity, or other proper proceeding for redress.**

<u>**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW TITLE 18, U.S.C., SECTION 242**</u>
**Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person**
**of a right or privilege protected by the Constitution or laws of the United States. For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, <u>as well as judges</u>, care providers in public health facilities, and others who are acting as public officials. It is not**
**necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.**

<u>**TITLE 18, U.S.C., SECTION 242**</u>
**whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any**

person in any State, Territory, Commonwealth, Possession, or District to the deprivation of
any rights, privileges, or immunities secured or protected by the Constitution or laws of the
United States.

## 7. Text intended to separate ideas.

## Legal Precedent:

*To varify and certify Lawsuit against all defendants. To prove the truth of by presentation of evidence*

*or testimony, and/or to confirm formally as true, accurate, or genuine. These Cases give authority of*

*Plantiff(s) over the Delaware Supreme Court and The Bar Association. They have a direct forceful*

*consequence and /or impact in support of Plantiff(s).*

Allegations Stated In the Complaint Must Be Accepted As True To Prevent Dismissal Violated federal case
law requiring that the statements in the complaint be accepted as true, and that only if those statements did
not state a federal cause of action could the lawsuit be dismissed. For the purposes of a motion to dismiss,
the complaint is construed in the light most favorable to the plaintiff, and all facts alleged by the plaintiff
are accepted as true. Hishon v. King & Spalding, 467 U.S. 69, 73, 81 L. Ed. 2d 59, 104 S. Ct. 2229
(1984). The issue is not whether the plaintiff will ultimately prevail, but "whether the claimant is entitled to
offer evidence to support the claims." Scheuer v. Rhodes, 416 U.S. 232, 236, 40 L. Ed. 2d 90, 94 S. Ct. 1683
(1974).

The "why" is substantive due process. Even if an unreasonable law is passed and signed into law legally
(procedural due process), substantive due process makes the law unconstitutional.

"SUBSTANTIVE RIGHTS"
According to, and in Accordance with Law A basic right, such as life or liberty, seen as constituting part of
the
order of society and considered independent of and not subordinate to the body of human law. a right, as
life,
liberty, or property, recognized for its own sake and as part of the natural legal order of society.
Law, pertaining to the rules of right which courts are called on to apply.

UNDER COLOR OF LAW - When a person acts or purports to act in the performance of
official duties under any law, ordinance, or regulation.

United States v. Classic, 313 U.S. 299, 326 (1941)
the wrongdoer is clothed with the authority of state law, is action taken `under color of' state law."

## CONSTITUTIONAL RIGHTS:

Boyd v. United, 116 U.S. 616 at 635 (1885)
       Justice Bradley, "It may be that it is the obnoxious thing in its mildest form; but illegitimate and
       unconstitutional practices get their first footing in that way; namely, by silent approaches and
       slight deviations from legal modes of procedure. This can only be obviated by adhering to the
rule

that constitutional provisions for the security of persons and property should be liberally construed.  A close and literal construction deprives them of half their efficacy, and leads to gradual

depreciation of the right, as if it consisted more in sound than in substance.  It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon.  Their motto should be Obsta Principiis."

Downs v. Bidwell, 182 U.S. 244 (1901)

"It will be an evil day for American Liberty if the theory of a government outside supreme law finds

lodgement in our constitutional jurisprudence.  No higher duty rests upon this Court than to exert

its full authority to prevent all violations of the principles of the Constitution."

Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644

"Constitutional  'rights' would be of little value if they could be indirectly denied."

Juliard v. Greeman, 110 U.S. 421 (1884)

Supreme Court Justice Field, "There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power which they have not, by their Constitution, entrusted to it.  All else is withheld."

Mallowy v. Hogan, 378 U.S. 1

"All rights and safeguards contained in the first eight amendments to the federal Constitution are equally applicable."

Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603

"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection;

it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)

"...in our country the people are sovereign and the government cannot sever its relationship to them

by taking away their citizenship."

Sherar v. Cullen, 481 F. 2d 946 (1973)

"There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights."

Simmons v. United States, 390 U.S. 377 (1968)

"The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law".

Warnock v. Pecos County, Texas., 88 F3d 341 (5th Cir. 1996)

Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.


## CORRUPTION OF AUTHORITY:

Burton v. United States, 202 U.S. 344, 26 S. Ct. 688 50 L.Ed 1057

United States Senator convicted of, among other things, bribery.

Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694

Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately

disregards the requirements of fairness and due process.

<u>Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286</u>
> Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court.

<u>Gonzalez v. Commission on Judicial Performance, (1983) 33 Cal. 3d 359, 371, 374</u>
> Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.

<u>Olmstad v. United States, (1928) 277 U.S. 438</u>
> "Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy."

<u>Owen v. City of Independence</u>
> "The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury."

<u>Perry v. United States, 204 U.S. 330, 358</u>
> "I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..." "It is not the function of our government to keep the citizen from falling into error; it is the function of the citizen to keep the government from falling into error."

<u>Ryan v. Commission on Judicial Performance, (1988) 45 Cal. 3d 518, 533</u>
> Before sending a person to jail for contempt or imposing a fine, judges are required to provide due
>
> process of law, including strict adherence to the procedural requirements contained in the Code of
>
> Civil Procedure. Ignorance of these procedures is not a mitigating but an aggravating factor.

<u>U.S. v. Lee, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)</u>
> "No man in this country is so high that he is above the law. No officer of the law may set that law at
>
> defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it."
> "It is the only supreme power in our system of government, and every man who, by accepting office
>
> participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

<u>Warnock v. Pecos County, Texas, 88 F3d 341 (5th Cir. 1996)</u>
> Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.


<u>DISMISSAL OF SUIT:</u>

It can be argued that to dismiss a civil rights action or other lawsuit in which a serious factual pattern or allegation of a cause of action has been made would itself be violating of procedural due process as it would deprive a pro se litigant of equal protection of the law vis a vis a party who is represented by counsel.

Also, see Federal Rules of Civil Procedure, Rule 60 - Relief from Judgment or Order (a) Clerical Mistakes and (b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, etc.

<u>Warnock v. Pecos County, Texas, 88 F3d 341 (5th Cir. 1996)</u>
> Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

<u>Walter Process Equipment v. Food Machinery, 382 U.S. 172 (1965)</u>
> in a "motion to dismiss, the material allegations of the complaint are taken as admitted". From

this vantage point, courts are reluctant to dismiss complaints unless it appears the plaintiff can prove no set of facts in support of his claim which would entitle him to relief (see Conley v. Gibson,

355 U.S. 41 (1957)).

## EQUAL PROTECTION UNDER THE LAW

Cochran v. Kansas, 316 U.S. 255, 257-258 (1942)

"However inept Cochran's choice of words, he has set out allegations supported by affidavits, and nowhere denied, that Kansas refused him privileges of appeal which it afforded to others. *** The

State properly concedes that if the alleged facts pertaining to the suppression of Cochran's appeal were disclosed as being true, ... there would be no question but that there was a violation of the equal

protection clause of the Fourteenth Amendment."

Duncan v. Missouri, 152 U.S. 377, 382 (1894)

Due process of law and the equal protection of the laws are secured if the laws operate on all alike,

and do not subject the individual to an arbitrary exercise of the powers of government."

Giozza v. Tiernan, 148 U.S. 657, 662 (1893), Citations Omitted

"Undoubtedly it (the Fourteenth Amendment) forbids any arbitrary deprivation of life, liberty or property, and secures equal protection to all under like circumstances in the enjoyment of their rights... It is enough that there is no discrimination in favor of one as against another of the same class. ...And due process of law within the meaning of the [Fifth and Fourteenth] amendment is secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of

the powers of government."

Kentucky Railroad Tax Cases, 115 U.S. 321, 337 (1885)

"The rule of equality... requires the same means and methods to be applied impartially to all the constitutents of each class, so that the law shall operate equally and uniformly upon all persons in similar circumstances".

Truax v. Corrigan, 257 U.S. 312, 332

"Our whole system of law is predicated on the general fundamental principle of equality of application fo the law.  'All men are equal before the law,' "This is a government of laws and not of

men,' 'No man is above the law,' are all maxims showing the spirit in which legislatures, executives,

and courts are expected to make, execute and apply laws.  But the framers and adopters of the (Fourteenth) Amendment were not content to depend... upon the spirit of equality which might not

be insisted on by local public opinion.  They therefore embodied that spirit in a specific guaranty."

## JUDICIAL IMMUNITY:

Judges have given themselves judicial immunity for their judicial functions.  Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act or for their administrative/ministerial duties, or

for violating a citizen's constitutional rights.  When a judge has a duty to act, he does not have

discretion - he is then not performing a judicial act; he is performing a ministerial act.

Nowhere was the judiciary given immunity, particularly nowhere in Article III; under our Constitution, if judges were to have immunity, it could only possibly be granted by amendment (and even less possibly by legislative act), as Art. I, Sections 9 & 10, respectively, in fact expressly prohibit such, stating, "No Title of Nobility shall be granted by the United States" and "No state shall... grant any Title of Nobility." Most of us are certain that Congress itself doesn't understand the inherent lack of immunity for judges.

Article III, Sec. 1, "The Judicial Power of the United States shall be vested in one supreme court, and in such inferior courts, shall hold their offices during good behavior."

Tort & Insurance Law Journal, Spring 1986 21 n3, p 509-516, "Federal tort law: judges cannot invoke judicial immunity for acts that violate litigants' civil rights." - Robert Craig Waters.

Ableman v. Booth, 21 Howard 506 (1859)
"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."

Chandler v. Judicial Council of the 10th Circuit, 398 U.S. 74, 90 S. Ct. 1648, 26 L. Ed. 2d 100
Justice Douglas, in his dissenting opinion at page 140 said, "If (federal judges) break the law, they can be prosecuted." Justice Black, in his dissenting opinion at page 141) said, "Judges, like other people, can be tried, convicted and punished for crimes... The judicial power shall extend to all cases, in law and equity, arising under this Constitution".

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)
Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason.
The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

Cooper v. O'Conner, 99 F.2d 133
There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign.

Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938)
A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts.

Forrester v. White, 484 U.S. at 227-229, 108 S. Ct. at 544-545 (1987); Westfall v.Erwin, 108 S. Ct. 580 1987); United States v. Lanier (March 1997)
Constitutionally and in fact of law and judicial rulings, state-federal "magistrates-judges" or any government actors, state or federal, may now be held liable, if they violate any Citizen's Constitutional rights, privileges, or immunities, or guarantees; including statutory civil rights.

A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity.

Gregory v. Thompson, F.2d 59 (C.A. Ariz. 1974)
Generally, judges are immune from suit for judicial acts within or in excess of their jurisdiction

even if those acts have been done maliciously or corruptly; the only exception being for acts done in

the clear absence of all jurisdiction.

Hoffsomer v. Hayes, 92 Okla 32, 227 F. 417

"The courts are not bound by an officer's interpretation of the law under which he presumes to act."

Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803)

"... the particular phraseology of the constitution of the United States confirms and strengthens the

principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument."

"In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of

the Constitution, have that rank".

"All law (rules and practices) which are repugnant to the Constitution are VOID".

Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional.

Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872)

"Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction."

Pulliam v. Allen, 466 U.S. 522 (1984); 104 S. Ct. 1781, 1980, 1981, and 1985

In 1996, Congress passed a law to overcome this ruling which stated that judicial immunity doesn't

exist; citizens can sue judges for prospective injunctive relief.

"Our own experience is fully consistent with the common law's rejection of a rule of judicial immunity. We never have had a rule of absolute judicial immunity. At least seven circuits have indicated affirmatively that there is no immunity... to prevent irreparable injury to a citizen's constitutional rights..."

"Subsequent interpretations of the Civil Rights Act by this Court acknowledge Congress' intent to

reach unconstitutional actions by all state and federal actors, including judges... The Fourteenth Amendment prohibits a state [federal] from denying any person [citizen] within its jurisdiction the

equal protection under the laws. Since a State [or federal] acts only by its legislative, executive or judicial authorities, the constitutional provisions must be addressed to those authorities, including state and federal judges..."

"We conclude that judicial immunity is not a bar to relief against a judicial officer acting in her [his] judicial capacity."

Mireles v. Waco, 112 S. Ct. 286 at 288 (1991)

A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity;

however, even in a case involving a particular attorney not assigned to him, he may reach out into the hallway, having his deputy use "excessive force" to haul the attorney into the courtroom for chastisement or even incarceration.  A Superior Court Judge is broadly vested with "general jurisdiction."  Provided the judge is not divested of all jurisdiction, he may have his actions excused

as per this poor finding.

Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)

Note:  By law, a judge is a state officer.  The judge then acts not as a judge, but as a private individual (in his person).  When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.

The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct.  The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

Stump v. Sparkman, id., 435 U.S. 349

Some Defendants urge that any act "of a judicial nature" entitles the Judge to absolute judicial immunity.  But in a jurisdictional vacuum (that is, absence of all jurisdiction) the second prong necessary to absolute judicial immunity is missing.

A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity.

Rankin v. Howard, 633 F.2d 844 (1980)

The Ninth Circuit Court of Appeals reversed an Arizona District Court dismissal based upon absolute judicial immunity, finding that both necessary immunity prongs were absent; later, in Ashelman v. Pope, 793 F.2d 1072 (1986), the Ninth Circuit, en banc, criticized the "judicial nature" analysis it had published in Rankin as unnecessarily restrictive.  But Rankin's ultimate result was not changed, because Judge Howard had been independently divested of absolute judicial

immunity by his complete lack of jurisdiction.

U.S. Fidelity & Guaranty Co. (State use of), 217 Miss. 576, 64 So. 2d 697

When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction.

U.S. v. Lee, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)

"No man in this country is so high that he is above the law.  No officer of the law may set that law at

defiance with impunity.  All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it."

"It is the only supreme power in our system of government, and every man who, by accepting office

participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326

When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes

expressly
>depriving him of jurisdiction, judicial immunity is lost.

## PRO SE RIGHTS:

**Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425**
>Litigants can be assisted by unlicensed laymen during judicial proceedings.

**Conley v. Gibson, 355 U.S. 41 at 48 (1957)**
>"Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial
>justice"... "The federal rules reject the approach that pleading is a game of skill in which one
>misstep by counsel may be decisive to the outcome and accept the principle that the purpose of
>pleading is to facilitate a proper decision on the merits."  The court also cited Rule 8(f) FRCP,
>which holds that all pleadings shall be construed to do substantial justice.

**Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449**
>"The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the
>name of local practice."

**Elmore v. McCammon (1986) 640 F. Supp. 905**
>"... the right to file a lawsuit pro se is one of the most important rights under the constitution and
>laws."

**Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend"**
>A next friend is a person who represents someone who is unable to tend to his or her own interest.

**Haines v. Kerner, 404 U.S. 519 (1972)**
>"Allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient"...
>"which we hold to less stringent standards than formal pleadings drafted by lawyers."

**Jenkins v. McKeithen, 395 U.S. 411, 421 (1959); Picking v. Pennsylvania R. Co., 151 Fed 2nd 240; Pucket v. Cox, 456 2nd 233**
>Pro se pleadings are to be considered without regard to technicality; pro se litigants' pleadings
>are not to be held to the same high standards of perfection as lawyers.

**Maty v. Grasselli Chemical Co., 303 U.S. 197 (1938)**
>"Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies
>between litigants.  They should not raise barriers which prevent the achievement of that end.
>Proper pleading is important, but its importance consists in its effectiveness as a means to
>accomplish the end of a just judgment."

**NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v. Avery, 89 S. Ct. 747 (1969)**
>Members of groups who are competent nonlawyers can assist other members of the group achieve
>the goals of the group in court without being charged with "unauthorized practice of law."

**Picking v. Pennsylvania Railway, 151 F.2d. 240, Third Circuit Court of Appeals**
>The plaintiff's civil rights pleading was 150 pages and described by a federal judge as "inept".
>Nevertheless, it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the
>Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities."

**Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA)**
>It was held that a pro se complaint requires a less stringent reading than one drafted by a lawyer
>per Justice Black in Conley v. Gibson (see case listed above, Pro Se Rights Section).

**Roadway Express v. Pipe, 447 U.S. 752 at 757 (1982)**

"Due to sloth, inattention or desire to seize tactical advantage, lawyers have long engaged in dilatory practices... the glacial pace of much litigation breeds frustration with the Federal Courts and ultimately, disrespect for the law."

Sherar v. Cullen, 481 F. 2d 946 (1973)

"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239.

"The practice of law cannot be licensed by any state/State."

Sims v. Aherns, 271 SW 720 (1925)

"The practice of law is an occupation of common right."

Unauthorized Practice of Law. See, e.g., Dauphin County Bar Association v. Mazzacaro,

465 Pa. 545, 351 A.2d 229  1976).


## 8. Text intended to separate ideas.

(Delaware does not have a statute prohibiting The unlawful practice of law. The Delaware Supreme Court.)


The Delaware Supreme Court, The Board on the  Unauthorized Practice of  Law,  and/or The Delaware Bar Association can not make Laws. As per The United States Constitution, and U.S. Congress, and The Law Of The Land.

The Delaware Bar Association is void and moot. Under Law all licenses are issued by the state or local municipal corporations. The Lawyers have no more right to practice law then i do.
There License is a FRAUD and MISREPRESENTATION TO THE CITIZENS OF DELAWARE.
All they have is a bogus certificate.
The Board on the  Unauthorized Practice of  Law, is a Bogus faction of The Delaware Supreme Court.
It is a Monopoly, to usurp citizens U.S. Constitutional Rights. It is FRAUD.
All these lawyers have broken there own rules of conduct. (LAWRENCE V. CRONIN)


A State or Federal Court cannot under Law issue a License of any kind.
        Mrs. Olga D'Alessandros' Legal & Civil Rights are being. Usurped taken away, by Jufdge Rufe "and others"

## 9.     Text intended to separate ideas:

        Mrs. Olga D'Alessandro, was forced into this situation, by the fact we had no money.

I drove Olga To Wilmington to confer with these two Law Firms.

They will be called on to testify in court.
With Mrs. Guberman.

(a)     The Law Firm of Jeffrey K. Martin, P.A., 1509 Gilpin Avenue, Wilmington,
Delaware 19806, (New Castle Co.) <u>We could not afford $200.00 per. hour he refused case.</u>
(b)     The Law Firm of Tighe, Cottrell & Logan, P.A., First Federal Plaza, Suite 500,
P.O. Box 1031, Wilmington, Delaware 19801, (New Castle Co.)
Olga spoke to lawyer. <u>Joseph Scott Shannon</u>, Olga had a PANIC ATTACK WHILE
BEING INTERVIEWED.
 <u>We could not afford $200.00 per. hour he refused case.</u>

**10.     <u>Text intended to separate ideas:</u>**

(c)     Rose & Rose P.C., 1320 19th Street NW, Suite 601, Washington, District Of Columbia 20036.
Mr. David L. Rose & Ms. Linda Y. Sroufe told Olga she had a Disability Case and
Age Discrimination Case.
Also Mr. David L. Rose & Ms. Linda Y. Sroufe advised Mrs. Guberman she had
a Disability Case and Age Discrimination Case.

**11.     <u>Text intended to separate ideas:</u>**

<u>I will take a polygraph test to his statements.</u> Why??? because his fraternity
will contact him ( The Federal Civil Panel, Cronin & Brann Etc. to get him to denie
he made those statements. "I DO NOT FEAR THE TRUTH"
Mr. David L. Rose was instrumental in and/or make into law, numerous
(EEOC) Laws and Rules.

**12.     <u>Text intended to separate ideas:</u>**

     Now <u>Joseph Scott Shannon</u>, of Tighe, Cottrell & Logan, P.A.,
took Olgas' co workers case. Mrs. Suzi Guberman who filed a Law Suit
4 months after Olga did. Same Charges, Same L.L.Bean Managers,
and Factory Store. Same Employees. <u>Joseph Scott Shannon took case because</u>
<u>Mrs. Guberman could afford $200.00 per. hour.</u>
Then the same defense Lawyers Cronin & Brann, made settlement with Mrs.
Guberman, because she had a Law Firm to represent her.

This is CRIMINAL & FRAUD AND LEGAL MALPRACTICE
BY ALL JUDGES AND LAWYERS. A SENATE HEARING IS VALID AND
NEEDED.
<u>GUBERMAN CASE (CO-WORKER)</u>
Case Number: 1:01cv00885
Case Title: Guberman v. LL Bean Incorporated
Filed on: 12/21/01 Last Updated on: 12/20/02
12/20/02 --     So Ordered  granting [45-1] stipulation of dismissal with
 prejudice and without costs ( signed by Judge Gregory M.Sleet ) Notice to all parties. (gp)

**13.     <u>Text intended to separate ideas:</u>**

     Mister  Peter Dalleo, please apply this Exhibit to the following civil cases.
Do to Finances ( no money ) and <u>cases filed in forma pauperis.</u>

Case    01-0623    L.L. Bean Inc. "and others"
Case    03-0775    Judges

The Federal Rule Of A Civil Procedure. Rule 17.
Parties Plaintiff and Defendant; Capacity.  (a) Real party in interest. (b) Capacity to Sue or be Sued.
(c) Infants or Incompetent Persons.

Judge Rufe you are breaking the Law. You Rufe are taking the meaning of Incompetent
and using the word to benifit your decisions or opinions, you can not do that.
Under Superior "Substantive Law Rights"

             Legal definition of  Incompetent is.

 INCOMPETENCE.
(a)    The inability of a person to make or carry out important decisions regarding his or her affairs.
(b)    Lack of physical or intellectual ability or qualifications.
(c)    By means of The United States Supreme Court. Olga is incompetent, by means of, Olga
lacks the knowledge of Procedural Law and Substantive Law Rights." Olga knows nothing
about a law suit or law in general. Intellectual ability or qualifications.
(d)    Severe Depression ACCOMPANIED by Panic Attacks, Social Phobia, and other psychological
disorders.

Arugment once again, i do not know how many times, i need to do this.

I have the legal right to assist Olga in this law suit."Substantive Law Rights."

U.S. Constitutional Law gives me that right, and The U.S. Supreme Court gives me that right.
There are no state/State laws which bar me from my Legal and  Civil Rights.

# Note:
Case law is non effective for DEFENDANTS AS WELL AS PLANTIFF(S).
By means of The U. S. Supreme Court, and Cannon Codes of The Federal Judiciary,
Under Superior "Substantive Law Rights" The United States Judicial Conference.
Each case must be handled on its own MERITS and/or MERITING(P)

American Bar Association and The Delaware Bar Association are VOID AND MOOT Both Associations
broke Federal Case Law Which You Judges Like to go by, which is illegal. Case law is not The Law Of The
Land, by means of The US Constitution and US Congress. You can not have it both ways. The Federal
Judges
can not Make LAWS.

According to your made up laws, both associations broke your laws.
Discern:
Another Law Suit.

U.S. Supreme Court
SCHWARE v. BOARD OF BAR EXAMINERS, 353 U.S. 232 (1957)

353 U.S. 232
SCHWARE v. BOARD OF BAR EXAMINERS OF NEW MEXICO.
CERTIORARI TO THE SUPREME COURT OF NEW MEXICO.
No. 92. Argued January 14-15, 1957. Decided May 6, 1957.

Sims v. Aherns, 271 SW 720 (1925)
The practice of law is an occupation of common right."
Also, The UNITED STATES SUPREME COURT stated a long time ago that "The practice of Law
CAN NOT be licensed by any state/State." This was so stated in a case named Schware v. Board of
Examiners and is located for all to read at the following pages in volume 353 U.S. pgs.238, 239 of the
United States Reports.

Another case which bore this out was Sims v. Aherns, 271 S.W. 720 (1925). In this case the opinion of
the court was that "The practice of Law is an occupation of common right."

A state supreme court may only issue a CERTIFICATE, not a license. A CERTIFICATE gives no power
to anyone to practice Law as an OCCUPATION, nor to do BUSINESS as a LAW FIRM.

A state bar association, if one exists, is a "PROFESSIONAL ASSOCIATION." The "STATE BAR"
card is NOT a LICENSE. The card is a "UNION DUES CARD" like the Actors Union, Painters Union,
Electricians union etc. There is no association, not even DOCTORS, who issue licenses. All licenses are
issued by the state or local municipal corporations.

Also take a look at Part III "What Constitutes Practice of Law; Unlawful or Unauthorized Practice"
Sections 29-42, pages 857-894. To quote from Section 30, pages 864-865: "The purpose of, and the
justification for, excluding from the practice of law persons not admitted to the bar is the protection of the
public from being advised and represented in legal matters by incompetent and unreliable persons over
whom the judicial department can exercise little control."

Also, see Corpus Juris Secundum (CJS), Volume 7, Section 4, Attorney & client: The attorney's first duty
is to the courts and the public, not to the client, and wherever the duties to his client conflict with those he
owes as an officer of the court in the administration of justice, the former must yield to the latter. Clients
are also called "wards" of the court in regard to their relationship with their attorneys. After you have
read the foregoing, ask your attorney to see a copy of "regarding Lawyer Discipline & other rules" Also
Canons 1 through 9.

Dear Senators you can see a pattern here conspiracy Read
Cynthia M. Rufe
He replaced my left knee (TOTAL) September 2, 2003 and Judge Rufe New That Through Court Records
and telephone conference, and yet RUFE scheduled a hearing on September 17, 2003, KNOWING FULL
WELL OLGA OR MYSELF COULD NOT ATTEND I COULD NOT EVEN WALK YET. YET EXCLUSIVE DRIVE 10
HOURS ROUND TRIP (INTANGIBLES TIME). RUFE IS LOOKING FOR A EXCUSE TO DISMISS CASE 01-0623.
FUTHERMORE I WAS NOT ALLOWED TO DRIVE PER THE DOCTORS AND LAW.
(CONSPIRACY)
**************************************************************

## 14. Text intended to separate ideas:

I have exhausted my First Amendment Rights, My United States Constitutional Rights, Civil Rights, Legal Rights,
Civil Liberty Rights, and "Substantive Law Rights" according to Federal Law, and Constitutional Law.

I need a answer by November 20, 2003.  If Mrs. D'Alessandro can not attend hearing on December 1, 2003 at 02:00PM

I have to report to Doctor Choy on November 21, 2003 (RIGHT KNEE SURGERY)

**Or I will File A Law Suit According To Our  First Amendment, aganist all four of you this is not a threat but our United States Constitutional Right.**
James T. Giles
Cynthia M. Rufe
ANTHONY J. SCIRICA, Chief Judge
DOLORES K. SLOVITER, U.S. Court of Appeals Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JURISDICTION:

Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326
When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost.

Sherar v. Cullen, 481 F. 2d 946 (1973)
"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239.
"The practice of law cannot be licensed by any state/State."

Sims v. Aherns, 271 SW 720 (1925)
The practice of law is an occupation of common right."
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


He replaced my left knee (TOTAL) September 2, 2003 and Judge Rufe New That Through Court Records and telephone conference, and yet  RUFE  scheduled a hearing on September 17, 2003, KNOWING FULL WELL OLGA OR MYSELF COULD NOT ATTEND I COULD NOT EVEN WALK YET.  YET EXCLUSIVE  DRIVE 10 HOURS ROUND TRIP (INTANGIBLES TIME). RUFE IS LOOKING FOR A EXCUSE TO DISMISS CASE 01-0623. (CONSPIRACY)

Argument:
(I)              Do to Mrs. D'Alessandros' Mental and Physical illness's if she can not attend hearing on December 1, 2003 at 02:00 PM, will Judge Rufe Dismiss her suit (01-0623).
(II)              I have the right to assist my wife, if i need to be at hearing to speak for her. By means of The Federal Procedures Act, § 500 (d) (1) (4) & § 556 **and** "The Erie Doctrine" Next Friend" **and**  "The Erie Doctrine" Durable Power of Attorney, **and**  Power of Authority. **And** The Legal Contract of Marriage od 35 years for life. **And  according to Delaware**
State Law, and Article (VI) The Supremecy Clause ( 9th. and 14th. amendments ) and The husband and wife are one person in law "Blackstone." The Husband is the male head of a household, one who orders the economy of a family. **And** State Law supercedes The Federal Rule Of A Civil Procedure. Rule 17. Parties Plaintiff and Defendant; Capacity.  (a) Real party in interest. (b) Capacity to Sue or be Sued. (c) Infants or Incompetent Persons.
(III)              Discern Federal Cannon Code. CANON 3
Performing the Duties of Judicial Office Impartially and Diligently

(8)A judge shall accord to <u>every person who has a legal interest in a proceeding</u>, or that person's lawyer, the full right and voice to be heard according to law.

CANON 4

<u>Mr. D'Alessandro has The Same Rights. The Court is Not Bias or Discriminatory????</u>
Conducting the Judge's Extra-Judicial Activities to Minimize the Risk of Conflict with Judicial Obligations
G.     Practice of Law.  A judge shall not practice law except as permitted by statute or this Code.
Notwithstanding this prohibition, <u>a judge may act pro se and</u> may, without compensation, give legal advice to and draft or review documents for a member of the judge's family. <u>**Mr. D'Alessandro has The Same Rights.**</u>

## 15. <u>Text intended to separate ideas</u>:

(IV)          <u>Legal Precedent</u>:
To varify and certify Lawsuit against all defendants. To prove the truth of by presentation of evidence or testimony, and/or to confirm formally as true, accurate, or genuine.
<u>DurablePower of Attorney & Power Of Authority & "NEXT FRIEND"</u>

*This Gives Mr. D'Alessandro the Right To Assist His Wife Under Law.*
<u>Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar</u>, 377 U.S. 1; v. Wainwright, 372 U.S. 335;Argersinger v. Hamlin, Sheriff 407 U.S. 425
Litigants can be assisted by unlicensed laymen during judicial proceedings.

*This Gives Mr. D'Alessandro the Right To Assist His Wife Under Law.*
<u>Christiansen v. Melinda</u>, Ala. Supr., 857 P. 2d 345, 349 (1993)

*This Gives Mr. D'Alessandro the Right To Assist His Wife Under Law.*
<u>Hargrave v. Vermont,     F.3d __, 2003 WL 21770957 (2nd Cir. 2003)</u>

*This Gives Mr. D'Alessandro the Right To Assist His Wife Under Law.*
<u>Johnson v. Avery,</u>
and
<u>NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v. Avery</u>, 89 S. Ct. 747 (1969) Members of groups who are competent nonlawyers can assist other members of the group achieve  the goals of the group in court without being charged with "unauthorized practice of law."

*This Gives Mr. D'Alessandro the Right To Assist His Wife Under Law.*
<u>Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239.</u>
"The practice of law cannot be licensed by any state/State."

*This Gives Mr. D'Alessandro the Right To Assist His Wife Under Law.*
<u>Sims v. Aherns, 271 SW 720 (1925)</u>
The practice of law is an occupation of common right."

## 16. Text intended to separate ideas.

### Prayer For Relief

Wherefore plaintiff(s) prays this Court issue equitable relief as follows:

1.     Issue declaratory relief resolution of legal rights
2.     Punitive damages, damages awarded in a lawsuit as a punishment and example to others for malicious, evil or particularly fraudulent acts.

Respectfully submitted,

Joseph D'Alessandro
94 Prince George Drive, Angola Estate
Lewes, Delaware 19958-9342

(Phone) (302)-945-1554

Thursday, July 21, 2005

### Statement of Verification

I have read the above complaint and it is correct and/or truthful.

U.S. POSTAGE
MILLSBORO
19966
JUL 28 '05
00-5 88
19801

AMOUNT
$2.90

0000

UNITED STATES
POSTAL SERVICE

Joseph D'Alessandro Anziano
23136 Prince George Drive, Angola Estates
Lewes, Delaware 19958-9342

Chief Court Clerk, U.S. District Court O
Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

U.S.M.S.
X-RAY