05- 545

For The Third Circuit Judges who do not know what SUBSTANTIVE DUE PROCESS OF LAW means, to convey, denote.

You have no rights to take my freedom away.

*I HAVE THE RIGHT TO A HEARING AND A VOICE TO BE HEARD*

This is what it conveys. The Law Of The Land Federal & State.
The "why" is substantive due process. Even if an unreasonable law is passed and signed into law legally (procedural due process), substantive due process makes the law unconstitutional.

Due Process of Law
In America, all persons are entitled to due process of law under the Administrative Procedures Act. The provisions of this Act within the law apply to ALL government agencies, The Federal Courts, and including the IRS. Title 5 U.S.C. 556.

"The requirement of fair trial is binding on administrative agencies as well as on the federal courts" [U.S. v. Brad, D.C. Cal 1968]

"The fair hearing essential to meet minimal requirements of due process includes not only rudimentary fairness in conduct of hearing when and where held, but also reasonable fair opportunity to be present at time and place fixed to cross-examine any opposing witnesses, to offer evidence, and to be heard at least briefly in defense." [Jeffries v. Olsen, D.C. Cal 1954, 121 Fsupp 163]

Your all give a false impression of truth or authenticity.
Through Discrimination, Bias, Prejudice, Cronyism's, Collusion, and Misprision, of Felony.

"SUBSTANTIVE DUE PROCESS"

Joseph & Olgas' SUBSTANTIVE DUE PROCESS of Law were usurp and/or usurped, to seize without legal authority. Joseph & Olga's (Legal Rights, and Civil Rights First, Fifth, Seventh, Ninth, and Fourteenth Amendments

My Wife Olga and Joseph D'Alessandro did not get a Bad Ruling, they and/or Olga's United States Constitution, Civil Liberties, Civil Rights, Legal Rights, and First, Fifth, Ninth, and, Fourteenth Amendments. Were usurp and/or usurped, to seize without legal authority.

"SUBSTANTIVE RIGHTS" and "SUBSTANTIVE DUE PROCESS OF LAW AND/OR CIVIL RIGHTS"

and "DUE PROCESS OF LAW "

Annotation
1. Plantiffs First Amendment right and/or act of furnishing
   critical commentary or, explanatory notes.
       The Third Circuits Orders ARE VOID AND MOOT AND FRIVILOUS
       And Malicious.

If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judges orders are void, of no legal force or effect.

J. Curtis Joyner Sue L. Robinson, Joseph H. Rodriguez, Ruggero J. Aldsiert, Morton I. Greenberg, Marjorie O. Rendell, and Joseph J. Farnan, Jr.

There is a readily distinguishable dissimilar difference, between a BAD RULING AND STEALING A LITIGANTS Civil Rights, and United States Constitutional Rights, and Civil Liberties, and Legal Rights. Through Discrimination, Bias, Prejudice, Cronyism's, Collusion, and Misprision, of Felony.